IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 17-10897-elf |
| | : | |
| BRIAN A. BARA | : | |
| | : | |
| Debtor | : | CHAPTER 13 |

### NOTICE OF WITHDRAW OF APPEARANCE AND ENTRY OF APPEARANCE ON BEHALF OF THE BUCKS COUNTY TAX CLAIM BUREAU

TO THE CLERK:

Kindly withdraw the Appearance of Barbara R. Merlie, Esquire on behalf of the Bucks County Tax Claim Bureau and Enter the Appearances of Kelly L. Eberle, Esquire and Michael K. Martin, Esquire on behalf of the Bucks County Tax Claim Bureau.


BY: /s/ Kelly L. Eberle, Esquire          BY: /s/ Michael K. Martin, Esquire



BY: /s/ Barbara R. Merlie, Esquire