# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian A. Bara<br>　　　　　　　　　　Debtor(s)<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK,N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-J<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Brian A. Bara<br>　　　　　　　　　　Debtor(s)<br>Sally Ann Bara<br>　　　　　　　　　　Co-Debtor<br>Kenneth E. West Esq.<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 17-10897 ELF<br><br><br><br>11 U.S.C. Section 362 and 1301 |

## CERTIFICATE OF SERVICE

I, Denise Carlon, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK,N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-J for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on December 22, 2021, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Brian A. Bara
8 Inlet Road
Levittown, PA 19057

Co-Debtor(s)
Sally Ann Bara
8 Inlet Road
Levittown, PA 19057

Attorney for Debtor(s)
STUART A. EISENBERG, ESQUIRE
65 West Street Road
Suite A-105
Warminster, PA 18974
**VIA ECF**

<u>Trustee</u>
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**VIA ECF**

<u>Office of the US Trustee</u>
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA
19106

Date: December 22, 2021

        /s/ Denise Carlon, Esq.
        _____
        Denise Carlon, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant