Certificate Number: 05781-PAE-DE-036407540

Bankruptcy Case Number: 17-10897



05781-PAE-DE-036407540

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 17, 2022</u>, at <u>7:38</u> o'clock <u>PM PDT</u>, <u>Brian Bara</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>March 17, 2022</u>          By:     <u>/s/Allison M Geving</u>

                                 Name:   <u>Allison M Geving</u>

                                 Title:  <u>President</u>