UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Brian A. Bara
       Bankruptcy No. 17-10897-elf
       Adversary No.
       Chapter 13

Date:   March 18, 2022

To:      Carol B. McCullough, Esq.
       65 W. Street Road
       Suite A-204
       Warminster PA 18974

## NOTICE OF INACCURATE FILING

Re:  Debtor Education Financial Managemenet Course Certifiate

The above pleading was filed in this office on **March 18, 2022.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )   Debtor's name does not match case number listed
- ( )   Debtor's name and case number are missing
- **(X)**  Wrong PDF document attached
- ( )   PDF document  not legible
- ( )   Notice of Motion/Objection
- ( )   Electronic Signature missing
- ( )   Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **lisa_henry@paeb.uscourts.gov**.  Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Lisa Henry**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04