Certificate Number: 05781-PAE-DE-036407540

Bankruptcy Case Number: 17-10897



05781-PAE-DE-036407540

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 17, 2022, at 7:38 o'clock PM PDT, Brian Bara completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 17, 2022

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President