**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In RE:  BRIAN A. BARA

: **CHAPTER 13**

:

: **BANKRUPTCY NO.**  17-10897-ELF

:

**CERTIFICATE OF SERVICE**

     **AND NOW** comes Jenean Tucker, from the office of KENNETH E. WEST, Chapter 13 Standing Trustee, and certifies that s/he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties at the address(es) listed below by first class mail, postage prepaid or electronic delivery:

Creditor:
Bank of America
P.O. Box 660933
Dallas TX 75266-0933

Debtor:
BRIAN A. BARA

8 INLET ROAD

LEVITTOWN PA 19057

And by electronic service:
Debtor Attorney:
CAROL B. MCCULLOUGH
MCCULLOUGH & EISENBERG
65 WEST STREET RD #A-105
WARMINSTER PA 18974-

U.S. Trustee:
UNITED STATES TRUSTEE
200 Chestnut Street
Suite 502
Philadelphia PA 19106

Dated: **5/3/2022**　　　　　　　　　　　　　　　　/s/ JENEAN TUCKER
                                                                    Office of KENNETH E. WEST, Esquire
                                                                    Chapter 13 Standing Trustee
                                                                    P.O. Box 40837
                                                                    Philadelphia PA 19107